IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DN LOOKUP TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-1178 (LPS) |
| | ) |
| COX COMMUNICATIONS, INC. and COXCOM, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF CHANGE OF FIRM ADDRESS
FOR JOHN L. NORTH, JEFFREY J. TONEY,
JONATHAN K. WALDROP AND JONATHAN D. OLINGER**

NOTICE IS HEREBY GIVEN that the address and contact information has changed for certain counsel representing Defendants Cox Communications, Inc. and Coxcom, Inc. (collectively "Cox"). Effective immediately, all papers, pleadings, electronic filings, correspondence and communications directed to John L. North, Jeffrey J. Toney, Jonathan K. Waldrop, and Jonathan D. Olinger, should be directed to:

John L. North
Jeffrey J. Toney
Jonathan K. Waldrop
Jonathan D. Olinger
Kasowitz, Benson, Torres & Friedman LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA  30309
Phone:  (404) 260-6080
Fax:  (404) 260-6081
Email:  jnorth@kasowitz.com
jtoney@kasowitz.com
jwaldrop@kasowitz.com
jolinger@kasowitz.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

---

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendants*

OF COUNSEL:

John L. North
Jeffrey J. Toney
Jonathan K. Waldrop
Jonathan D. Olinger
KASOWITZ, BENSON, TORRES
  & FRIEDMAN, LLP
1360 Peachtree Street, N.E.
Suite 1150
Atlanta, GA  30309

February 27, 2012

5778902

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2012, I caused the foregoing to be electronically field with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that on February 27, 2012, I caused copies of the foregoing document to be served upon the following in the manner indicated:

| | |
|---|---|
| Joseph James Farnan, III, Esquire<br>Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| James A. Jorgensen, Esquire<br>Michael E. Lee, Esquire<br>LEE, JORGENSEN, PYLE & KEWALRAMANI, P.C.<br>1800 Augusta Drive<br>Suite 250<br>Houston, TX 77057<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

                                                                                /s/ *Rodger D. Smith II*
                                                                                Rodger D. Smith II (#3778)