IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DN LOOKUP TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-1178 (LPS) |
| | ) |
| COX COMMUNICATIONS, INC. and COXCOM, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS COX COMMUNICATIONS, INC. AND COXCOM, INC.'S
NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION
TO DISMISS FOR FAILURE TO STATE A CLAIM**

In view of Plaintiff's filing of the First Amended Complaint on February 8, 2012 (D.I. 12), Defendants Cox Communications, Inc. and CoxCom, Inc. (collectively "Cox") hereby withdraw, without prejudice, their motion to dismiss the original Complaint for failure to state a claim (D.I. 11). To the extent any issues raised in that motion also apply to Plaintiff's First Amended Complaint, Defendants may raise them in response to the First Amended Complaint.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

John L. North
Jeffrey J. Toney
Jonathan K. Waldrop
Jonathan D. Olinger
KASOWITZ, BENSON, TORRES
 & FRIEDMAN, LLP
1360 Peachtree Street, N.E.
Suite 1150
Atlanta, GA  30309

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendants*

February 27, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2012, I caused the foregoing to be electronically field with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that on February 27, 2012, I caused copies of the foregoing document to be served upon the following in the manner indicated:

| | |
|---|---|
| Joseph James Farnan, III, Esquire<br>Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| James A. Jorgensen, Esquire<br>Michael E. Lee, Esquire<br>LEE, JORGENSEN, PYLE & KEWALRAMANI, P.C.<br>1800 Augusta Drive<br>Suite 250<br>Houston, TX 77057<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

                                                             ___*/s/ Rodger D. Smith II*_____
                                                             Rodger D. Smith II (#3778)