IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DN LOOKUP TECHNOLOGIES LLC, | § |
| | § |
| Plaintiff, | § Case No. 11-1178-LPS |
| | § |
| v. | § |
| | § |
| Cox Communications, Inc., et al., | § JURY TRIAL DEMANDED |
| | § |
| Defendants. | § |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 10, 2012, a copy of: (i) Plaintiff's First Set of Common Interrogatories to All Defendants and (ii) Plaintiff's First Set of Requests for Production of Documents and Things to Cox Communications, Inc. and CoxCom, Inc. was served on the following as indicated:

Via Hand Delivery and Email
Jack B. Blumenfeld
Jennifer Ying
Morris, Nichols, Arsht &Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Defendants*

Via E-Mail
Jeffrey J. Toney
John L. North
Jonathan D. Olinger
Kasowitz Benson Torres & Friedman LLP
jtoney@kasowitz.com
jnorth@kasowitz.com
jolinger@kasowitz.com

*Attorneys for Defendants*

Dated: April 10, 2012

Respectfully submitted,

FARNAN LLP

By: /s/Brian E. Farnan
   Joseph J. Farnan, III (Bar No. 3945)
   Brian E. Farnan (Bar No. 4089)
   919 North Market Street, 12th Floor
   Wilmington, Delaware 19801
   (302) 777-0300

(302) 777-0301 (Fax)
bfarnan@farnanlaw.com

James A. Jorgensen (admitted *pro hac vice*)
Michael E. Lee (admitted *pro hac vice*)
Lee, Jorgensen, Pyle & Kewalramani, P.C.
1800 Augusta Drive, Suite 250
Houston, Texas 77057
Telephone: (832) 431-4060
Facsimile: (713) 568-9994
jjorgensen@ljpklaw.com
mlee@ljpklaw.com

Hemant H. ("Shashi") Kewalramani (admitted *pro hac vice*)
Lee, Jorgensen, Pyle & Kewalramani, P.C.
440 West 1st Street, Suite 205
Tustin, California 92780
Telephone: (714) 252-6611
Facsimile: (714) 602-4690
shashi@ljpklaw.com

***Attorneys for DN Lookup Technologies LLC***