IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DN LOOKUP TECHNOLOGIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-1178 (LPS) (CJB) |
| ) | |
| COX COMMUNICATIONS, INC. and ) | |
| COXCOM, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Defendants' First Set of Common Requests for Production of Documents (Nos. 1-74) to Plaintiff DN Lookup Technologies, LLC* were caused to be served on April 27, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, III, Esquire | *VIA ELECTRONIC MAIL* |
| Brian E. Farnan, Esquire | *AND HAND DELIVERY* |
| FARNAN LLP | |
| 919 North Market Street, 12th Floor | |
| Wilmington, DE  19801 | |

| | |
|---|---|
| James A. Jorgensen, Esquire | *VIA ELECTRONIC MAIL* |
| Michael E. Lee, Esquire | |
| LEE, JORGENSEN, PYLE & KEWALRAMANI, P.C. | |
| 1800 Augusta Drive, Suite 250 | |
| Houston, TX  77057 | |

| | |
|---|---|
| Hemant H. ("Shaski") Kewalramani, Esquire | *VIA ELECTRONIC MAIL* |
| LEE, JORGENSEN, PYLE & KEWALRAMNI, P.C. | |
| 440 West 1st Street, Suite 250 | |
| Tustin, CA  92780 | |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendants Cox Communications, Inc. and CoxCom, Inc.*

OF COUNSEL:

John L. North
Jeffrey J. Toney
Jonathan K. Waldrop
Jonathan D. Olinger
KASOWITZ, BENSON, TORRES
  & FRIEDMAN, LLP
1360 Peachtree Street, N.E.
Suite 1150
Atlanta, GA 30309

April 27, 2012
5863245.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 27, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, III, Esquire<br>Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*AND HAND DELIVERY* |
| James A. Jorgensen, Esquire<br>Michael E. Lee, Esquire<br>LEE, JORGENSEN, PYLE & KEWALRAMANI, P.C.<br>1800 Augusta Drive, Suite 250<br>Houston, TX  77057 | *VIA ELECTRONIC MAIL* |
| Hemant H. ("Shaski") Kewalramani, Esquire<br>LEE, JORGENSEN, PYLE & KEWALRAMNI, P.C.<br>440 West 1st Street, Suite 250<br>Tustin, CA  92780 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)