IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DN LOOKUP TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-1178 (LPS) (CJB) |
| | ) |
| COX COMMUNICATIONS, INC. and | ) |
| COXCOM, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants' First Set of Common Interrogatories (Nos. 1-13) to Plaintiff DN Lookup Technologies, LLC*, were caused to be served on April 27, 2012, upon the following in the manner indicated:

Joseph J. Farnan, III, Esquire                                            *VIA HAND DELIVERY*
Brian E. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Rodger D. Smith II* |
| | Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rsmith@mnat.com |
| OF COUNSEL:<br><br>John L. North<br>Jeffrey J. Toney<br>Jonathan K. Waldrop<br>Jonathan D. Olinger<br>KASOWITZ, BENSON, TORRES<br>  & FRIEDMAN, LLP<br>1360 Peachtree Street, N.E.<br>Suite 1150<br>Atlanta, GA  30309<br><br>April 30, 2012<br>5891982.1 | *Attorneys for Defendants Cox Communications, Inc. and CoxCom, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 30, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, III, Esquire<br>Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| James A. Jorgensen, Esquire<br>Michael E. Lee, Esquire<br>LEE, JORGENSEN, PYLE & KEWALRAMANI, P.C.<br>1800 Augusta Drive, Suite 250<br>Houston, TX 77057 | *VIA ELECTRONIC MAIL* |
| Hemant H. ("Shaski") Kewalramani, Esquire<br>LEE, JORGENSEN, PYLE & KEWALRAMNI, P.C.<br>440 West 1st Street, Suite 250<br>Tustin, CA 92780 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)