IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DN LOOKUP TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1178 (LPS) (CJB) |
| | ) | |
| COX COMMUNICATIONS, INC. and COXCOM, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants Cox Communications, Inc. and Coxcom, Inc.'s Initial Disclosures* were caused to be served on April 30, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, III, Esquire<br>Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| James A. Jorgensen, Esquire<br>Michael E. Lee, Esquire<br>LEE, JORGENSEN, PYLE & KEWALRAMANI, P.C.<br>1800 Augusta Drive, Suite 250<br>Houston, TX  77057 | *VIA ELECTRONIC MAIL* |
| Hemant H. ("Shaski") Kewalramani, Esquire<br>LEE, JORGENSEN, PYLE & KEWALRAMNI, P.C.<br>440 West 1st Street, Suite 250<br>Tustin, CA  92780 | *VIA ELECTRONIC MAIL* |

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Rodger D. Smith II* |
| | Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rsmith@mnat.com |
| OF COUNSEL: | *Attorneys for Defendants Cox Communications, Inc. and CoxCom, Inc.* |
| John L. North<br>Jeffrey J. Toney<br>Jonathan K. Waldrop<br>Jonathan D. Olinger<br>KASOWITZ, BENSON, TORRES<br> & FRIEDMAN, LLP<br>Two Midtown Plaza, Suite 1500<br>1349 West Peachtree Street, N.W.<br>Atlanta, GA  30309 | |
| April 30, 2012<br>5863245.1 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 30, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, III, Esquire<br>Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| James A. Jorgensen, Esquire<br>Michael E. Lee, Esquire<br>LEE, JORGENSEN, PYLE & KEWALRAMANI, P.C.<br>1800 Augusta Drive, Suite 250<br>Houston, TX 77057 | *VIA ELECTRONIC MAIL* |
| Hemant H. ("Shaski") Kewalramani, Esquire<br>LEE, JORGENSEN, PYLE & KEWALRAMNI, P.C.<br>440 West 1st Street, Suite 250<br>Tustin, CA 92780 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)