**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DN LOOKUP TECHNOLOGIES, LLC v. CHARTER COMMUNICATIONS, INC., ET AL. (1:11-CV-01177-LPS)** | **1:11-cv-01177-LPS** <br> **1:11-cv-01178-LPS** <br> **1:11-cv-01179-LPS** <br> **1:11-cv-01180-LPS** <br> **1:11-cv-01181-LPS** <br> **1:11-cv-01185-LPS** |
| **DN LOOKUP TECHNOLOGIES, LLC v. COX COMMUNICATIONS, INC., ET AL. ET AL. (1:11-CV-01178-LPS)** | |
| **DN LOOKUP TECHNOLOGIES, LLC v. OPENDNS, INC. (1:11-CV-01179-LPS)** | **JURY TRIALS DEMANDED** |
| **DN LOOKUP TECHNOLOGIES, LLC v. TIME WARNER CABLE, INC., ET AL. (1:11-CV-01180-LPS)** | |
| **DN LOOKUP TECHNOLOGIES, LLC v. COMCAST CORPORATION, ET AL. (1:11-CV-01181-LPS)** | |
| **DN LOOKUP TECHNOLOGIES, LLC v. VERIZON COMMUNICATIONS, INC. (1:11-CV-01185-LPS)** | |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to approval of the Court, that the time in which the parties must file a proposed protective order under paragraph 4 of the April 9, 2012 Coordinated Scheduling Order is extended to, and including May 7, 2012.

| | |
|---|---|
| FARNAN LLP | SEITZ ROSS ARONSTAM & MORITZ LLP |
| */s/ Brian E. Farnan* | */s/ Collins J. Seitz, Jr.* |
| Joseph J. Farnan, III, Esquire (DE Bar #3945) <br> Brian E. Farnan, Esquire (DE Bar #4089) <br> 919 N. Market Street, 12th Floor <br> Wilmington, DE 19801 <br> bfarnan@farnanlaw.com <br> jfarnan@farnanlaw.com | Collins J. Seitz Jr., Esquire (DE Bar #2237) <br> 100 S. West Street, Suite 400 <br> Wilmington, DE 19801 <br> cseitz@seitzross.com <br> <br> *Attorneys for Verizon Communications Inc.* |
| *Attorneys for DN Lookup Technologies LLC* | |

| | |
|---|---|
| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Steven J. Balick | /s/ Jennifer Ying |
| Steven J. Balick, Esquire (DE Bar #2114)<br>Lauren E. Maguire, Esquire (DE Bar #4261)<br>Andrew Colin Mayo, Esquire (DE Bar #5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>amayo@ashby-geddes.com | Jack B. Blumenfeld, Esquire (DE Bar #1014)<br>Jennifer Ying, Esquire (DE Bar #5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>jying@mnat.com<br><br>*Attorneys for Comcast Cable Communications LLC* |
| *Attorneys for Charter Communications Inc., Charter Communications Holding Company LLC, Charter Communications Operating LLC, and Charter Communications Holding Company LLC* | |
| POTTER ANDERSON & CORROON, LLP | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ Richard L. Horwitz | /s/ Kelly E. Farnan |
| Richard L. Horwitz, Esquire (DE Bar #2246)<br>David Ellis Moore, Esquire (DE Bar #3983)<br>Hercules Plaza<br>1313 N. Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Kelly E. Farnan, Esquire (DE Bar #4395)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>farnan@rlf.com<br><br>*Attorney for Time Warner Cable Inc. and Time Warner Cable LLC* |
| *Attorneys for OpenDNS Inc.* | |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | |
| /s/ Rodger D. Smith II | |
| Rodger D. Smith II, Esquire (DE Bar #3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>rsmith@mnat.com | |
| *Attorneys for Cox Communications, Inc. and Coxcom, Inc.* | |

Dated: April 30, 2012