IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DN LOOKUP TECHNOLOGIES LLC<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., ET AL. | 11-cv-01177-LPS |
| DN LOOKUP TECHNOLOGIES LLC<br><br>v.<br><br>COX COMMUNICATIONS, INC., ET AL. | 11-cv-01178-LPS |
| DN LOOKUP TECHNOLOGIES LLC<br><br>v.<br><br>OPENDNS, INC. | 11-cv-01179-LPS |
| DN LOOKUP TECHNOLOGIES LLC<br><br>v.<br><br>TIME WARNER CABLE, INC., ET AL. | 11-cv-01180-LPS |
| DN LOOKUP TECHNOLOGIES LLC<br><br>v.<br><br>COMCAST CORPORATION, ET AL. | 11-cv-01181-LPS |
| DN LOOKUP TECHNOLOGIES LLC<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC. | 11-cv-01185-LPS<br><br>JURY TRIALS DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 30, 2012, a copy of DN Lookup Technologies LLC's Initial Disclosures was served on the following as indicated:

<u>Via Hand Delivery and E-Mail</u>
Steven J. Balick
Andrew C. Mayo
Lauren E. Maquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899
sbalick@ashby-geddes.com
amayo@ashby-geddes.com
lmaguire@ashby-geddes.com

<u>Via Hand Delivery and Email</u>
Jack B. Blumenfeld
Morris, Nichols, Arsht &Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com

<u>Via Hand Delivery and Email</u>
Richard L. Horwitz
David E.Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

<u>Via Hand Delivery and Email</u>
Kelly E. Farnan
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
farnan@rlf.com

<u>Via Hand Delivery and E-mail</u>
Collins J. Seitz, Jr.
Seitz Ross Aronstam & Moritz LLP
100 South West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com

<u>Via E-Mail</u>
Dean L. Franklin
Jason M. Schwent
Pamela M. Miller
Thompson Coburn LLP
dfranklin@thompsoncoburn.com
jschwent@thompsoncoburn.com
pmiller@thompsoncoburn.com

<u>Via E-Mail</u>
Jeffrey J. Toney
John L. North
Jonathan D. Olinger
Kasowitz Benson Torres & Friedman LLP
jtoney@kasowitz.com
jnorth@kasowitz.com
jolinger@kasowitz.com

<u>Via E-Mail</u>
Michael J. Sacksteder
Bryan A. Kohm
Fenwick & West LLP
msacksteder@fenwick.com
bkohm@fenwick.com

<u>Via E-Mail</u>
Elizabeth M. Roesel
Lawrence J. Gotts
Fenwick & West LLP
elizabeth.roesel@lw.com
lawrence.gotts@lw.com

<u>Via E-Mail</u>
John C. O'Quinn
Katharine M. Burke
Kirkland & Ellis LLP
john.oquinn@kirkland.com
katharine.burke@kirkland.com

2

Dated: April 30, 2012					Respectfully submitted,

FARNAN LLP

By: /s/Brian E. Farnan
    Joseph J. Farnan, III (Bar No. 3945)
    Brian E. Farnan (Bar No. 4089)
    919 North Market Street, 12th Floor
    Wilmington, Delaware 19801
    (302) 777-0300
    (302) 777-0301 (Fax)
    bfarnan@farnanlaw.com

    James A. Jorgensen (admitted *pro hac vice*)
    Michael E. Lee (admitted *pro hac vice*)
    Lee, Jorgensen, Pyle & Kewalramani, P.C.
    1800 Augusta Drive, Suite 250
    Houston, Texas 77057
    Telephone: (832) 431-4060
    Facsimile: (713) 568-9994
    jjorgensen@ljpklaw.com
    mlee@ljpklaw.com

    Hemant H. ("Shashi") Kewalramani (admitted *pro hac vice*)
    Lee, Jorgensen, Pyle & Kewalramani, P.C.
    440 West 1st Street, Suite 205
    Tustin, California 92780
    Telephone: (714) 252-6611
    Facsimile: (714) 602-4690
    shashi@ljpklaw.com

    ***Attorneys for DN Lookup Technologies LLC***