IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DN LOOKUP TECHNOLOGIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-1178 (LPS) (CJB) |
| ) | |
| COX COMMUNICATIONS, INC. and ) | |
| COXCOM, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Darcy L. Jones of KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP, 1349 West Peachtree Street, N.W., Suite 1500, Atlanta, GA 30309 to represent defendants Cox Communications, Inc. and Coxcom, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendants Cox Communications, Inc. and CoxCom, Inc.*

OF COUNSEL:

John L. North
Jeffrey J. Toney
Jonathan K. Waldrop
Jonathan D. Olinger
KASOWITZ, BENSON, TORRES
  & FRIEDMAN, LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA 30309

May 1, 2012
5897640.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 1st, 2012

/s/ Darcy L. Jones
Darcy L. Jones
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1349 West Peachtree Street, N.W., Suite 1500
Atlanta, GA 30309
Telephone: (404) 260-6080
Fax: (404) 260-6081
djones@kasowitz.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Darcy L. Jones is GRANTED.

Dated:   May _____, 2012               _____
                                                                              UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 1, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

    I further certify that I caused copies of the foregoing document to be served on May 1, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, III, Esquire<br>Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| James A. Jorgensen, Esquire<br>Michael E. Lee, Esquire<br>LEE, JORGENSEN, PYLE & KEWALRAMANI, P.C.<br>1800 Augusta Drive, Suite 250<br>Houston, TX  77057 | *VIA ELECTRONIC MAIL* |
| Hemant H. ("Shaski") Kewalramani, Esquire<br>LEE, JORGENSEN, PYLE & KEWALRAMNI, P.C.<br>440 West 1st Street, Suite 250<br>Tustin, CA  92780 | *VIA ELECTRONIC MAIL* |

              */s/ Rodger D. Smith II*

              Rodger D. Smith II (#3778)